**Jason K. Singleton** State Bar #166170
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
 FAX  441-1533

**Attorney for Plaintiff, JEAN RIKER**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER, | Case No. C-04-4261 MHP |
| Plaintiff, | STIPULATION OF DISMISSAL WITH |
| v. | PREJUDICE AND ~~PROPOSED~~ ORDER |
| STEUART STREET VENTURE, L.P., a limited partnership dba HARBOR COURT HOTEL, | |
| DEFENDANTS. | |

Plaintiff JEAN RIKER and Defendant STEUART STREET VENTURE, L.P., dba HARBOR COURT HOTEL, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have agreed to the dismissal of the above-captioned action with prejudice, Plaintiff and Defendant to bear their own attorneys' fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

Dated: May 20, 2005                                     Dated: May 20, 2005

**SINGLETON LAW GROUP**                      **JEFFER, MANGELS, BUTLER & MARMARO LLP**

Digitally signed by Jason K. Singleton
DN: cn=Jason K. Singleton, o=LAW OFFICE OF JASON K. SINGLETON, c=US
Date: 2005.05.20 16:04:34 -07'00'

_____       /s/
Jason K. Singleton, Attorney for             _____
Plaintiff, JEAN RIKER                              Martin H. Orlick, Attorney for Defendants
                                                              STEUART STREET VENTURE, L.P.,
                                                              dba HARBOR COURT HOTEL

STIPULATION OF DISMISSAL                    1                                    CV-04-4261 MHP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER, | ) Case No. C-04-4261 MHP |
| Plaintiff, | ) ORDER OF DISMISSAL WITH |
| v. | ) PREJUDICE |
| STEUART STREET VENTURE, L.P., a limited partnership dba HARBOR COURT HOTEL, YOUNG MEN'S CHRISTIAN ASSOCIATION OF SAN FRANCISCO, a California corporation, and DOES ONE to FIFTY, inclusive, | ) |
| DEFENDANTS. | ) |

Having considered the parties' Stipulation of Dismissal With Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>Riker v. Steuart Street, et al.</u>, Case Number C-04-4261 MHP, is dismissed with prejudice, with each party to bear her or its own attorneys' fees and costs.

Dated: _____  _____
MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL          2          CV-04-4261 MHP